# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA MENDOZA, | ) |
| Plaintiff, | ) Case No. 2:12-cv-02046-PMP-GWF |
| vs. | ) **ORDER** |
| SAM'S WEST, INC., | ) |
| Defendant. | ) |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated November 29, 2012, required the parties to file a Joint Status Report regarding removed action no later than January 1, 2013. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **January 22, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2  imposed.
3      DATED this 9th day of January, 2013.

                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge