A. J. SHARP
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorney for Defendant*
*Sam's West, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA MENDOZA,<br><br>    Plaintiff,<br>v.<br><br>SAM'S WEST, INC.; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>    Defendants. | Case No.: 2:12-cv-02046-PMP-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 14 day of May, 2013.

**LAW OFFICES OF ERIC R. BLANK**

_____
Eric R. Blank, Esq.
8960 West Tropicana Avenue, Suite 300
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*
*Alicia Mendoza*

DATED this 14th day of May, 2013.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

_____
A. J. Sharp, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Sam's West, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 15th day of May, 2013.

_____
**UNITED STATES DISTRICT JUDGE**